Burke Wonnell
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: burke_wonnell@fd.org

*Counsel for Defendant Dennis George Adams, Jr.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DENNIS GEORGE ADAMS, JR.,<br><br>　　　　　Defendant. | Case No. 1:23-cr-00396-TSC<br><br>**NOTICE OF FILING CERTIFICATE OF PARDON** |

COMES NOW Defendant Dennis Adams, by and through undersigned counsel, and hereby gives notice of filing the attached Certificate of Pardon entered on this date.

DATED at Anchorage, Alaska this 27th day of January, 2025.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER
　　　　　　　　　　　　　　　　　　DISTRICT OF ALASKA

　　　　　　　　　　　　　　　　　　*/s/ Burke Wonnell*
　　　　　　　　　　　　　　　　　　Burke Wonnell
　　　　　　　　　　　　　　　　　　Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Columbia by using the district's CM/ECF system on January 27, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Burke Wonnell*